PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEVADA

U.S.A. vs. Robert Ruenzel

Docket No. 3:12-mj-85-WGC-1

FILED / ENTERED
RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
SEP 28 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Petition for Action on Conditions of Pretrial Release

COMES NOW JENNIFER KAUFMAN, UNITED STATES PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ROBERT RUENZEL, who was placed under pretrial release supervision by the Honorable WILLIAM G. COBB in the Court at Reno, on August 29, 2012, on a personal recognizance bond, with the following conditions:

1. Pretrial Services supervision;
2. Maintain or actively seek employment;
3. Surrender passport to San Francisco Pretrial Services;
4. Do not obtain a new passport or travel document;
5. Travel restricted to California and Nevada;
6. Refrain from use or possession of illegal drugs unless prescribed by a licensed medical practitioner;
7. Submit to drug testing as directed by Pretrial Services;
8. Do not return to Burning Man festival;
9. Do not associate with anyone or in any environment with drugs;
10. Contact Mr. Acosta at lease once a week;
11. Undergo a mental health assessment and treatment as deemed necessary by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant tested positive for methamphetamine on September 13, 2012 and September 19, 2012, and admitted to using methamphetamine on September 22, 2012.

PRAYING THAT THE COURT WILL ORDER: The defendant's conditions of release be modified, adding substance abuse treatment.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 28th day of Sept, 2012 and ordered filed and made a part of the records in the above case. | Executed on this 28th day of September, 2012 |
| | Respectfully Submitted, |

_____William J. Cobb_____
Honorable William G. Cobb
United States Magistrate Judge

_____Jennifer Kaufman_____
Jennifer Kaufman
United States Pretrial Services Officer

Place: <u>Reno, NV</u>